# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | LSM HOTEL, LLC |
| **Case Number:** | 10-13024-LT11   **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 14, 2010 02:00 PM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | JENNIFER PURKEY |
| **Reporter / ECR:** | COLLETTA BROOKS |

### Matters:

1) FINAL HEARING ON EMERGENCY ON MOTION FOR USE OF CASH COLLATERAL (fr 9/9/10)

2) STATUS CONFERENCE ON CHAPTER 11 PETITION

3) GERMAN AMERICAN CAPITAL CORPORATION'S MOTION FOR RELIEF FROM STAY, RS # ASP1

### Appearances:

CHRISTOPHER W. OLMSTED, ATTORNEY FOR LSM HOTEL, LLC
HAEJI HONG, ATTORNEY FOR OFFICE OF THE US TRUSTEE

### Disposition:

1 & 2) Continued to 12/6/10 at 9:00 a.m.  Use of cash collateral extended through 12/17/10

3) Continued to 12/6/10 at 9:00 a.m., 12/7/10 at 10:00 a.m. and 12/10/10 at 10:00 a.m. for evidentiary hearing.
Stay to remain in effect pending continued hearing.

Pretrial/Scheduling order from parties.