# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---:|---|
| **Debtor:** | CITIZENS DEVELOPMENT CORP. |
| **Case Number:** | 10-15142-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 18, 2010 02:00 PM    DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | JENNIFER PURKEY |
| **Reporter / ECR:** | CONNIE MIHOS |

### Matters:

1) DEBTORS APPLICATION TO EMPLOY FOLEY & LARDNER AS SPECIAL COUNSEL PURSUANT TO 11 U.S.C. 327(E) NUNC PRO TUNC TO AUGUST 26, 2010

2) DEBTORS MOTION FOR ORDER AUTHORIZING FURTHER USE OF CASH COLLATERAL

3) DEBTORS APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL LLP AS GENERAL BANKRUPTCY COUNSEL NUNC PRO TUNC TO AUGUST 26, 2010

4) DEBTORS MOTION TO EXTEND THE AUTOMATIC STAY FOR LIMITED PERIOD TO MARCH 31, 2011, AS TO ACTIONS AGAINST DEBTORS PRESIDENT MATTHEW C. DINOFIA

### Appearances:

BETH YOUNG AND KRIKOR MESHEFEJIAN, ATTORNEYS FOR CITIZENS DEVELOPMENT CORP.
HAEJI HONG, ATTORNEY FOR OFFICE OF THE US TRUSTEE
DEAN KIRBY, ATTORNEY FOR JAVIER SERHAN
DENNIS WICKHAM, ATTORNEY CALIFORNIA CREDIT UNION
WAYNE TERRY, ATTORNEY FOR BANK OF THE WEST
ANDREW PAULY, ATTORNEY FOR GACC
ALAN WOLFE, ATTORNEY FOR TELESIS
KELLY ANN TRAN, ATTORNEY FOR RONALD FRAZAR

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# Minute Order

(continue)..**10-15142-LT11**           **THURSDAY, NOVEMBER 18, 2010 02:00 PM**

### Disposition:

1 & 2) Grant pursuant to Court's Tentative Ruling. Order to be submitted by: Young
3) Grant pursuant to Court's Tentative Ruling and as outlined in open court. Order to be submitted by: Meshefejian
4) Denied per Court's tentative ruling. Order to be submitted by: Kirby

Hearings/evidentiary hearings in this case and in re:10-13024-LT11 LSM Hotel, LLC currently set for 12/6/10, 12/7/10 and 12/10/10 are continued to 1/20/11 at 2:00 p.m., 1/21/11 at 10:00 a.m. and 1/24/11 at 10:00 a.m.

Supplement witness lists/document exchange by 12/10/10
witness lists, trial briefs, declarations and pretrial motions to be filed by 1/6/11.
Deposition testimony to be filed by 1/6/11

In re: LSM EXECUTIVE COURSE 10-07480-LT11 Evidentiary hearing on Motion for Relief from Stay and Status Conference currently scheduled for 1/21/11 at 10:00 a.m. continued to 2/18/11 at 10:00 a.m.

cc: 10-07480-LT11, 10-13024-LT11