# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
# Amended Minute Order

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | LSM HOTEL, LLC | | |
| **Case Number:** | 10-13024-LT11 | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, JANUARY 21, 2011 10:00 AM   DEPARTMENT 3 | | |
| **Bankruptcy Judge:** | LAURA S. TAYLOR | | |
| **Courtroom Clerk:** | SHAWNA DAHL | | |
| **Reporter / ECR:** | SUE ROSS(A.M.) AND COLLETTA BROOKS (P.M.) | | |

### *Matters:*

1) FINAL HEARING ON EMERGENCY ON MOTION FOR USE OF CASH COLLATERAL (fr 1/20/11)

2) STATUS CONFERENCE ON CHAPTER 11 PETITION  (fr 1/20/11)

3) EVIDENTIARY HEARING RE: GERMAN AMERICAN CAPITAL CORPORATION'S MOTION FOR RELIEF FROM STAY, RS # ASP1 (fr 1/20/11)

### *Appearances:*

CHRISTOPHER W. OLMSTED, ATTORNEY FOR LSM HOTEL, LLC
ANDREW S. PAULY, ATTORNEY FOR SYMPHONY ASSET/GACC
ANDREW J. HALEY, ATTORNEY FOR SYMPHONY ASSET/GACC
KRIKOR MESHEFEJIAN, ATTORNEY FOR CITIZENS DEVELOPMENT CORP.
BETH YOUNG, ATTORNEY FOR CITIZENS DEVELOPMENT CORP.
RON BENDER, ATTORNEY FOR CITIZENS DEVELOPMENT CORP.
DENNIS J. WICKHAM, ATTORNEY FOR CALIFORNIA CREDIT UNION
KENNETH H. LOUNSBERY, REPRESENTATIVE FROM LSM COMMUNITY ASSOCIATION
RICHARD J. PEKIN, ATTORNEY FOR D&A SEMI ANNUAL MORTGAGE FUND III, L.P.

### *Disposition:*

1 & 2) Continued to 1/24/11 at 9:30 a.m.

3) Continued to 1/24/11 at 9:30 a.m.   Matthew Dinofia and September Benavides sworn and testified.  Exhibits/Declarations received and admitted into evidence.


**AMENDED to reflect Court Reporter information**