# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
# Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | LSM HOTEL, LLC |
| **Case Number:** | 10-13024-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JANUARY 24, 2011 09:30 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA DAHL |
| **Reporter / ECR:** | CONNIE MIHOS |

### Matters:

1) FINAL HEARING ON EMERGENCY ON MOTION FOR USE OF CASH COLLATERAL (fr 1/21/11)

2) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 1/21/11)

3) EVIDENTIARY HEARING RE: GERMAN AMERICAN CAPITAL CORPORATION'S MOTION FOR RELIEF FROM STAY, RS # ASP1 (fr 1/21/11)

### Appearances:

CHRISTOPHER W. OLMSTED, ATTORNEY FOR LSM HOTEL, LLC
ANDREW S. PAULY, ATTORNEY FOR SYMPHONY ASSET/GACC
ANDREW J. HALEY, ATTORNEY FOR SYMPHONY ASSET/GACC
KRIKOR MESHEFEJIAN, ATTORNEY FOR CITIZENS DEVELOPMENT CORP.
BETH YOUNG, ATTORNEY FOR CITIZENS DEVELOPMENT CORP.
KENNETH H. LOUNSBERY, REPRESENTATIVE FROM LSM COMMUNITY ASSOCIATION
DENNIS J. WICKHAM, ATTORNEY FOR CALIFORNIA CREDIT UNION
RON BENDER, ATTORNEY FOR CITIZENS DEVELOPMENT CORP.

### Disposition:

1) Continued to 1/27/11 at 2:00 p.m.

2) Continued to 1/27/11 at 2:00 p.m.

3) Continued to 1/27/11 at 2:00 p.m.  September Benavides, Sharon L. Andrews, Robert J. Hilber and Robert Matt Borgman sworn and testified.  Exhibits received and admitted into evidence.