# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
# Minute Order

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | LSM HOTEL, LLC |
| **Case Number:** | 10-13024-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JANUARY 27, 2011 02:00 PM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA DAHL |
| **Reporter / ECR:** | STEPHANIE WHITEHEAD |

## *Matters:*

1) FINAL HEARING ON EMERGENCY ON MOTION FOR USE OF CASH COLLATERAL (fr 1/24/11)

2) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 1/24/11)

3) EVIDENTIARY HEARING RE: GERMAN AMERICAN CAPITAL CORPORATION'S MOTION FOR RELIEF FROM STAY, RS # ASP1 (fr 1/24/11)

## *Appearances:*

CHRISTOPHER W. OLMSTED, ATTORNEY FOR LSM HOTEL, LLC (telephonically)
ANDREW S. PAULY, ATTORNEY FOR SYMPHONY ASSET/GACC (telephonically)
ANDREW J. HALEY, ATTORNEY FOR SYMPHONY ASSET/GACC (telephonically)
KRIKOR MESHEFEJIAN, ATTORNEY FOR CITIZENS DEVELOPMENT CORP. (telephonically)
BETH YOUNG, ATTORNEY FOR CITIZENS DEVELOPMENT CORP. (telephonically)
KENNETH H. LOUNSBERY, REPRESENTATIVE FROM LSM COMMUNITY ASSOCIATION (telephonically)
DENNIS J. WICKHAM, ATTORNEY FOR CALIFORNIA CREDIT UNION (telephonically)
RON BENDER, ATTORNEY FOR CITIZENS DEVELOPMENT CORP. (telephonically)
JUDITH DESCALSO, ATTORNEY FOR LSM COMMUNITY ASSOCIATION (telephonically)
HAEJI HONG, ATTORNEY FOR OFFICE OF THE US TRUSTEE

## *Disposition:*

1 & 2)  Continued to 5/25/11 at 2:00 p.m.

3)  Continued to 5/25/11 at 2:00 p.m. for argument only.  Partial relief granted as set forth on the record.  Further relief conditional on filing of Plan or Disclosure Statement.  Plan or Disclosure Statement to be filed by 3/31/11.  Notice of Sale may issue no earlier than one week after 3/31/11.  Order to be submitted by:  Pauly